Honorable James L. Robart

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| GLEN L. WALKER,<br><br>           Plaintiff,<br><br>      vs.<br><br>HARTFORD INSURANCE CO.,<br><br>           Defendant. | No. 2:20-cv-00084-JLR<br><br>ORDER DENYING PLANTIFF'S MOTION FOR CONTINUANCE<br><br>*{CLERK'S ACTION REQUIRED}* |

THIS MATTER, having come before the court upon Plaintiff's Motion for Continuance, the Court having considered the arguments and the pleadings and records filed with the Court, including the following:

1. Plaintiff's Motion for Continuance;

2. Defendant Hartford Insurance Company's Opposition to Plaintiff's Motion for Continuance;

3. _____;

4. _____; and

ORDER DENYING PLANTIFF'S
MOTION FOR CONTINUANCE – PAGE 1
CAUSE NO. 2:20-CV-00084-JLR

2665763 / 450.0111

**FORSBERG & UMLAUF, P.S.**
ATTORNEYS AT LAW
901 FIFTH AVENUE • SUITE 1400
SEATTLE, WASHINGTON 98164
(206) 689-8500 • (206) 689-8501 FAX

5. _____.

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that Plaintiff's Motion for Continuance is **DENIED**. This matter is DISMISSED without prejudice.

DATED this 1st day of June, 2020.

_____
The Honorable James L. Robart
U.S District Court Judge

Presented by:

FORSBERG & UMLAUF, P.S.

By: *s/ Mathew S. Adams*
    Matthew S. Adams, WSBA No. 18820
    901 Fifth Avenue, Suite 1400
    Seattle, Washington 98164
    Tel: 206-689-8500
    Fax: 206-689-8501
    Email: MAdams@FoUm.law
    Attorneys for Defendant

ORDER DENYING PLANTIFF'S
MOTION FOR CONTINUANCE – PAGE 2
CAUSE NO. 2:20-CV-00084-JLR

2665763 / 450.0111

**FORSBERG & UMLAUF, P.S.**
ATTORNEYS AT LAW
901 FIFTH AVENUE • SUITE 1400
SEATTLE, WASHINGTON 98164
(206) 689-8500 • (206) 689-8501 FAX